| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Andy C. Warshaw<br>Financial Relief Law Center, APC<br>1200 Main St.<br>Suite G<br>Irvine, CA 92614<br>(714) 442-3319 Fax: (714) 361-5380<br>California State Bar Number: 263880<br>awarshaw@bwlawcenter.com<br><br>☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re<br><br>**Matthew Dubois**<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 13<br><br>**DECLARATION SETTING FORTH POST PETITION, PRECONFIRMATION PAYMENTS ON:**<br>1. DEEDS OF TRUST [OR MORTGAGES]<br>2. LEASES ON PERSONAL PROPERTY;<br>3. PURCHASE MONEY SECURITY LIENS ON PERSONAL PROPERTY<br>[LBR 3015-1(e) and LBR 3015-1(m)]<br><br>[No Hearing Required] |

I, (Debtor's name), **Matthew Dubois**, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on **12/09/16**.

2. On the next page I have listed all the payments I have made to secured creditors and lessors since the filing of my Chapter 13 petition.

3. I have provided the name of the secured creditor and/or lessor and the type of obligation to that secured creditor and/or lessor.

4. I understand that I must update the information on the next page and keep it current until my plan is confirmed.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                            Page 1                          F 3015-1.4.DEC.PRECONF.PYMTS

5. The following are the postpetition payments up to the date of plan confirmation (Payments) that I have caused to be mailed/delivered to the appropriate creditors (Creditor)[1]:

| Property Description | Creditor/Type of Loan | Payment Amount | Due Date[2] | Date Mailed/Delivered |
|---|---|---|---|---|
| 102 Frontier Street Trabuco Canyon, CA 92679 | Name of Creditor (printed): Cenlar (check one) ☑ Deed of Trust/Mortgage ☐ Car loan ☐ Lease ☐ Other (specify): | $4,954.38 | January 1, 2017 | January 17, 2017 |
| 102 Frontier Street Trabuco Canyon, CA 92679 | Name of Creditor (printed): Wagon Wheel HOA (check one) ☐ Deed of Trust/Mortgage ☐ Car loan ☐ Lease ☑ Other (specify): HOA | $678.24 Your reference number is 81951749-47. | January 1, 2017 | January 18, 2017 |
| | Name of Creditor (printed): ___ (check one) ☐ Deed of Trust/Mortgage ☐ Car loan ☐ Lease ☐ Other (specify): | | | |
| | Name of Creditor (printed): ___ (check one) ☐ Deed of Trust/Mortgage ☐ Car loan ☐ Lease ☐ Other (specify): | | | |

[1] Attach additional pages if necessary.
[2] "Due Date" refers to the 1st day the Payment is due.

6. ☐ Continued on Attached Page.

7. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: 1/20/17

*Matthew Dubois*
*Debtor*

[3] "Due Date" refers to the 1st day the Payment is due.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    Page 2    F 3015-1.4.DEC.PRECONF.PYMTS

# CHASE

## Terms and Conditions (Remitter and Payee):

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned" if the Cashier's Check is not cashed by a certain time
    - Please cash/deposit this Cashier's Check as soon as possible to prevent this from occurring
    - In most cases, the funds will be considered "abandoned" before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
    - Stop Payment can only be placed if the Cashier's Check is lost, stolen, or destroyed
    - We may not re-issue or refund the funds after the stop payment has been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check or for any other information about this item

FOR YOUR PROTECTION SAVE THIS COPY          Customer Copy
**CASHIER'S CHECK**                                          404

01/17/2017
Void after 7 years

**Remitter:** MATTHEW E DUBOIS

$** 4,954.38 **

**Pay To The Order Of:** CENLAR

Memo: ------------------------------------------------------------
Note: For information only. Comment has no effect on bank's payment.

Drawer: **JPMORGAN CHASE BANK, N.A.**
**NON NEGOTIABLE**