Andy C. Warshaw (SBN 263880)
**FINANCIAL RELIEF LAW CENTER, APC**
1200 Main St., Suite G
Irvine, CA 92614
Direct Phone: 714-442-3319
Facsimile: 714-361-5380
Email: awarshaw@bwlawcenter.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>MATTHEW DUBOIS<br><br>      Debtor. | Case No.: 8:16-bk-15018-CB<br><br>Chapter 13<br><br>**RESPONSE TO TRUSTEE'S NOTICE AND VERIFIED MOTION FOR ORDER DISMISSING CHAPTER 13 PROCEEDINGS (11 U.S.C. – 1307(c))**<br><br>**Hearing:**<br>Date:  October 11, 2018<br>Time:  1:30 pm<br>Place:  United States Bankruptcy Court<br>Central District of California<br>Ronald Reagan Federal Building and Courthouse<br>411 West Fourth Street, Suite 5165 / Courtroom 5D<br>Santa Ana, CA 92701-4593 |

**TO THE HONORABLE CATHERINE E BAUER, UNITED STATES BANKRUPTCY JUDGE; AMRANE COHEN (TR), THE CH. 13 TRUSTEE; AND ALL INTERESTED PARTIES:**

- 1 -

MATTHEW E. DUBOIS ("Debtor") hereby respond to the Trustee's NOTICE AND VERIFIED MOTION FOR ORDER DISMISSING CHAPTER 13 PROCEEDINGS (11 U.S.C. – 1307(c)) that the Debtor sets for hearing on October 11, 2018 at 1:30 pm.

## Brief History and Reply

1. The Chapter 13 Trustee filed **NOTICE AND VERIFIED MOTION FOR ORDER DISMISSING CHAPTER 13 PROCEEDINGS (11 U.S.C. – 1307(c))** ("TMD") on September 6, 2018 (Doc 85) for plan payment delinquency.
2. The TMD indicates that Debtor is delinquent $7,200.
3. Debtor will become current with the remaining amount due by the hearing, including any subsequent payment that comes due.

**WHEREFORE,** the Debtor respectfully requests that the TMD be denied and for any other relief that the Court deems just and proper.

DATED: September 11, 2018

                                                    Respectfully Submitted,

                                                  /s/ Andy C. Warshaw
                                                  Andy C. Warshaw
                                                  FINANCIAL RELIEF LAW CENTER, APC
                                                  Attorneys for Debtor